FILED  
United States Court of Appeals  
Tenth Circuit

October 15, 2015

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

In re: ADAM AIRCRAFT INDUSTRIES, INC.,

    Debtor.

------------------------------

JEFFREY A. WEINMAN, Chapter 7 Trustee,

    Plaintiff - Appellant,

v.

JOSEPH K. WALKER,

    Defendant - Appellee.

No. 14-1236  
(BAP No. 13-49-CO)  
(Bankruptcy Appellate Panel)

_____

## JUDGMENT
_____

Before **TYMKOVICH**, Chief Judge, **HARTZ**, and **PHILLIPS**, Circuit Judges.
_____

    This case originated from the Bankruptcy Appellate Panel and was argued by counsel.

    The judgment of that court is affirmed.

                                    Entered for the Court

                                    ELISABETH A. SHUMAKER, Clerk